Commonwealth ex rel. Wagner, Appellant, *v.* Russell.

Submitted March 14, 1966. *Joseph L. Wagner*, appellant, in propria persona; *R. Lee Ziegler*, District Attorney, for appellee.

Decree affirmed.

Commonwealth ex rel. Wideman, Appellant, *v.* Myers.

Submitted March 21, 1966. *Andrew Wideman*, appellant, in propria persona; *Eugene V. Alessandroni, II*, and *Joseph M. Smith*, Assistant District Attorneys, and *Arlen Specter*, District Attorney, for appellee.

Order affirmed.

Commonwealth ex rel. Williams, Appellant, *v.* Russell.

Submitted March 21, 1966. *Clarence E. Williams*, appellant, in propria persona; *Ralph B. D'Iorio*, Assistant District Attorney, *Domenic D. Jerome*, First Assistant District Attorney, and *Jacques H. Fox*, District Attorney, for appellee.

Order affirmed.